| Wells Fargo Bank<br>Transaction Receipt | Wells Fargo Bank<br>Transaction Receipt | Wells Fargo Bank<br>Transaction Receipt |
|---|---|---|
| Store #0068728  6   Mortgage Payment | Store #0068729  1   Mortgage Payment | Store #0068943  5   Mortgage Payment |
| Account Number       XXXXXXXX5726<br>10528  MR | Account Number       XXXXXXXX5726<br>00528  MR | Account Number       XXXXXXXX<br>00528  MR |
| Number of checks                  1 | Number of checks                  1 | Number of checks |
| Total Payment               $35.45 | Total Payment            $2,060.20 | Total Payment            $1,030.( |
| Transaction # 017 0023<br>10:07AM   04/06/17  Credited: 04/06/17 | Transaction # 052 0059<br>11:49AM   03/22/17  Credited: 03/22/17 | Transaction # 086 0093<br>01:04PM   03/01/17  Credited: 03/01/17 |
| Payments may take 1 to 3 business days to post but will be credited to your account as of the Credited Date on your receipt. Please retain receipt as verification. | Payments may take 1 to 3 business days to post but will be credited to your account as of the Credited Date on your receipt. Please retain receipt as verification. | Payments may take 1 to 3 business days to post but will be credited to your account as of the Credited Date on your receipt. Please retain receipt a verification. |
| Thank you for your business. | Thank you for your business. | Thank you for your business. |
| Enjoy the convenience of scheduling appointments online at wellsfargo.com/appointments | Enjoy the convenience of scheduling appointments online at wellsfargo.com/appointments | Enjoy the convenience of scheduling appointments online at wellsfargo.com/appointments |
| Thank you, KARLA | Thank you, DANIELLE | Thank you, KAYLA |